**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

MENTAL HYGIENE LEGAL SERVICE,

                            Plaintiff,

                                                    5:23-CV-788
            v.                                      (MAD/DJS)

JAMES McDONALD, *et al.*,

                            Defendants.

## ORDER

    The undersigned has determined that recusal is appropriate in this case pursuant to 28

U.S.C. § 455(a).  Accordingly, this case must be assigned to a different Magistrate Judge.

    **WHEREFORE**, it is hereby

    **ORDERED**, that the undersigned disqualifies himself from assignment to this case in

accordance with General Order 12(G)(7) and 28 U.S.C. § 455(a); and it is further

    **ORDERED**, that in accordance with General Order 12(G)(7), the Clerk of the Court

shall reassign this case at random; and it is further

    **ORDERED**, that the Clerk of the Court shall serve this Order on all parties to this action

in accordance with Local Rules.

    **IT IS SO ORDERED**.

Dated:   June 30, 2023
         Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge

- 1 -